### Byrom *et al. v.* Hamilton *et al.*

LUMPKIN, J. Under the pleadings and evidence in this case, the presiding judge did not abuse his discretion in refusing to grant the injunction.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Argued March 3,—Decided May 24, 1906.

Petition for injunction. Before Judge Littlejohn. Dooly superior court. October 28, 1905.

*M. P. Hall, Hall & Wimberly, George & Lasseter,* and *J. E. Hall,* for plaintiffs.

*Hill & Royal* and *Crum & Jones,* for defendants.